**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARWAN FRANCIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BMW OF NORTH AMERICA, LLC, et al.<br><br>　　　　Defendants. | Case No. 5:22-cv-00540-MCS−JEM<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION AND STAY THE ACTION (ECF No. 29)** |

The joint stipulation of Plaintiff Marwan Francis and Defendant BMW of North America, LLC (collectively, the "Parties") to submit this matter to arbitration and stay the action has been considered.  Good cause having been shown, **IT IS HEREBY ORDERED** that:

The Parties shall submit this action to binding arbitration with the Judicial Arbitration & Mediation Services, Inc. ("JAMS") pursuant to the terms of their arbitration agreement and as set forth in the Parties' Joint Stipulation to Submit Matter to Arbitration and Stay Proceedings **within 30 days**.

**IT IS FURTHER HEREBY ORDERED** that the above-referenced action titled *Marwan Francis v. BMW of North America, LLC*, U.S. District Court, Central

1

District of California, Case No. 5:22-cv-00540-MCS-JEM, shall be stayed pending the completion of the arbitration. **The Court directs the Clerk to remove the case from the Court's active caseload until further application by the parties or order of this Court.**

**The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally, the parties must notify the Court within seven days of the conclusion of arbitration proceedings.**

**IT IS SO ORDERED.**

Dated: August 22, 2022

*/s/ Mark C. Scarsi*
Mark C. Scarsi
United States District Judge